```
SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SCOTT M. JOHNSON (BAR # 287182)
```
**SAGARIA LAW, P.C.**
```
3017 DOUGLAS BLVD. SUITE 200
ROSEVILLE, CA 95661
408-279-2288 ph
408-279-2299 fax
```

Attorneys for Defendant

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br>JAMIE MACIAS-NGUYEN,<br>　　　　Debtor, | Case No.: 17-52896<br>Chapter 13 |
| JASON BARNES, an individual,<br>　　　　Plaintiff,<br>vs.<br>JAMIE MACIAS-NGUYEN,<br>　　　　Defendant. | Adv. Pro. No. 18-05019<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COMPLAINT** |

　　IT IS HEREBY STIPULATED by and between Plaintiff, Jason Barnes ("Plaintiff"), appearing pro se, and Debtor and Defendant Jamie Macias-Nguyen, through her attorneys of record, hereby stipulate as follows:

**RECITALS**

　　1.　Plaintiff commenced the instant adversary proceeding on April 23, 2018.

　　2.　A summons was issued on April 23, 2018 indicating an Answer is due on May 23, 2018.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

3. On May 4, 2018, Plaintiff filed an Certificate of Service indicating that service of the summons was executed on April 30, 2018.

4. Plaintiff and Defendant have agreed to extend the responsive pleading deadline fourteen (14) days, to June 6, 2018.

SO STIPULATED:

Dated: May __24__, 2018

By    /s/ Jason Barnes
        JASON BARNES
         Plaintiff

Dated: May 23, 2018

SAGARIA LAW, P.C.

By    /s/ Scott M. Johnson
        SCOTT M. JOHNSON
        Attorney for Defendant