```
SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SCOTT M. JOHNSON (BAR # 287182)
SAGARIA LAW, P.C.
3017 DOUGLAS BLVD. SUITE 200
ROSEVILLE, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorneys for Defendant
```

The following constitutes
the order of the court. Signed June 1, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>JAMIE MACIAS-NGUYEN,<br><br>    Debtor,<br><br>JASON BARNES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMIE MACIAS-NGUYEN,<br><br>    Defendant. | Case No.: 17-52896<br><br>Chapter 7<br><br><br>Adv. Pro. No. 18-05019<br>_____<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

    Plaintiff Jason Barnes and Defendant Jamie Macias-Nguyen, having filed a Stipulation to Extend Time for Plaintiff to Respond to Complaint on May 25, 2018 and good cause appearing,

    IT IS HEREBY ORDERED that the Stipulation is APPROVED and Defendant's deadline to respond to the Complaint is extended to June 6, 2018.

****END OF ORDER****

**COURT SERVICE LIST**