| | |
|---|---|
| 1 | SCOTT J. SAGARIA (BAR # 217981) |
| | SCOTT M. JOHNSON (BAR # 287182) |
| 2 | SAGARIA LAW, P.C. |
| | 3017 Douglas Boulevard, Suite 200 |
| 3 | Roseville, CA 95661 |
| | 408-279-2288 ph |
| 4 | 408-279-2299 fax |
| 5 | Attorney for Debtor |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 17-52896 MEH |
| JAMIE MACIAS-NGUYEN | Chapter 7 |
| Debtor. | Adversary No. 18-05019 |
| | **NOTICE OF HEARING** |
| JASON BARNES, Plaintiff, | Date: July 9, 2018 |
| vs. | Time: 11:00am |
| JAMIE MACIAS-NGUYEN Defendants, | Location: U.S. Bankruptcy Court |
| | 280 S. First Street |
| | San Jose, CA 95113 |
| | Crtrm: 3020 |
| | Judge: Hon. M. Elaine Hammond |

To: Hon. M. Elaine Hammond, U.S. Bankruptcy Court Judge, and all parties entitled to notice:

PLEASE TAKE NOTICE that on July 9, 2018 at 11:00am in Courtroom 3020, located at 280 S. First Street, San Jose, CA 95113, the Hon. M. Elaine Hammond will hear Defendants' Motion to Dismiss Plaintiff's Complaint.

NOTICE OF HEARING -1

Case: 18-05019    Doc# 11    Filed: 06/05/18    Entered: 06/05/18 12:01:08    Page 1 of 2

Pursuant to Local Bankruptcy Rule 7007-1(b), any party responding to the Motion shall file and serve its opposition no later than fourteen days before the hearing.

Dated: June 5, 2018  /s/ Scott M. Johnson
Scott M. Johnson
Attorney for Debtors/Defendants