The following constitutes
the order of the court. Signed July 10, 2018

*M. Elaine Hammond*

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Jamie Macias-Nguyen,<br><br>      Debtor. | Case No. 17-52896 MEH<br><br>Chapter 7 |
| Jason Barnes,<br>      Plaintiff.<br>v.<br>Jamie Macias-Nguyen,<br>      Defendant. | Adv. No. 18-5019<br><br><br><br>Date:  July 9, 2018<br>Time:  11:00 a.m.<br>Ctrm:  3020 (San Jose) |

<u>ORDER PARTIALLY GRANTING MOTION TO DISMISS</u>

  Defendant in the above-captioned adversary proceeding filed a motion to dismiss this complaint on June 5, 2018. (the "Motion") (Dkt. #10). Plaintiff filed an opposition, Defendant filed a reply and the matter came on for hearing on July 9, 2018. For the reasons stated on the record:

  (1) The Motion is DENIED as to the § 523(a)(2)(A) claim. Paragraphs 7 – 20 of the complaint are sufficient to state a claim on this basis;

1

(2) The Motion is GRANTED without leave to amend as to the remaining claims in the complaint;

(3) If Plaintiff elects, he may file an amended complaint asserting a claim pursuant to § 727(a)(2), in addition to the § 523(a)(2)(A) claim. Any amended complaint must be filed no later than July 25, 2018. This authorization is without prejudice to any opposition to assertion of such claim, including on the basis that it is untimely;

(4) If Plaintiff elects not to file an amended complaint within 15 days, Defendant shall file an answer to the original complaint within 30 days of entry of this order. The answer shall be responsive to paragraphs 1 – 20, 43 – 46, and 51 – 52 of the original complaint; and

(5) The status conference in this case is continued to August 27, 2018 at 10:00 a.m.

**END OF ORDER**

**COURT SERVICE LIST**

**Jason Barnes**
2706 Benton St.
Santa Clara, CA 95051

**Via ECF:**

All ECF Recipients