SCOTT J. SAGARIA (BAR # 217981)
SCOTT M. JOHNSON (BAR # 287182)
SAGARIA LAW, P.C.
3017 Douglas Boulevard, Suite 200
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JAMIE MACIAS-NGUYEN<br><br>              Debtor. | Case No.: 17-52896 MEH<br><br>Chapter 7<br><br>Adversary No. 18-05019<br><br>**NOTICE OF HEARING** |
| JASON BARNES,<br>             Plaintiff,<br><br>vs.<br><br>JAMIE MACIAS-NGUYEN<br>             Defendants, | Date:      September 25, 2018<br>Time:      11:00am<br>Location:  U.S. Bankruptcy Court<br>             280 S. First Street<br>             San Jose, CA 95113<br>Crtrm:   3020<br>Judge:   Hon. M. Elaine Hammond |

        To: Hon. M. Elaine Hammond, U.S. Bankruptcy Court Judge, and all parties entitled to

notice:

    PLEASE TAKE NOTICE that on September 25, 2018 at 11:00am in Courtroom 3020,

located at 280 S. First Street, San Jose, CA 95113, the Hon. M. Elaine Hammond will hear

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

NOTICE OF HEARING -1

1    Pursuant to Local Bankruptcy Rule 7007-1(b), any party responding to the Motion shall

2  file and serve its opposition no later than fourteen days before the hearing.

3      Dated:  August 24, 2018                    */s/ Scott M. Johnson*
                                                  Scott M. Johnson
4                                                 Attorney for Debtors/Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 18-05019    Doc# 19    Filed: 08/24/18    Entered: 08/24/18 13:33:50    Page 2 of 2